COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:    GetLinks Inc. v. Kalibrr, Inc.

Appellate case number:  01-21-00728-CV

Trial court case number:  2021-26067

Trial court:           80th District Court of Harris County

Appellate cause number 01-21-00728-CV includes four notices of appeal. In the first notice of appeal, dated December 28, 2021, appellant, GetLinks Inc., seeks to appeal the trial court's order denying its special appearance. In the second notice of appeal, dated March 18, 2022, appellants, Angkor Capital Limited and Keenan Kwok, seek to appeal the trial court's order denying its special appearance. In the third notice of appeal, dated May 10, 2022, appellant, Kalibrr, Inc., seeks to appeal the trial court's order granting a Rule 91a motion to dismiss. Finally, in the fourth notice of appeal, dated May 11, 2022, cross-appellants, Angkor Capital Limited, GetLinks, Inc., and Keenan Kwok, seek to appeal the trial court's order denying their Rule 12 motion to show authority.

On May 25, 2022, Angkor Capital Limited, GetLinks, Inc. and Keenan Kwok, filed an "Amended Motion For Extension & To Establish Consolidated Briefing Schedule, Stay of Current Deadlines, and To Realign the Parties." To expeditiously resolve these appeals, we order the following:

We direct the Clerk of the Court to transfer the third and fourth notices of appeal, and any relevant records, into a new appellate cause number, 01-22-00392-CV, styled *Kalibrr, Inc. v. Angkor Capital Limited, GetLinks, Inc. and Keenan Kwok*.

In appellate cause number 01-21-00728-CV, GetLinks Inc., Angkor Capital Limited, and Keenan Kwok appellants' brief(s) is **ORDERED** to be filed no later than 30 days from the date of this order. *See* TEX. R. APP. P. 38.6(a).

In appellate cause number 01-21-00728-CV, Kalibrr appellee's brief(s), if any, is **ORDERED** to be filed within 30 days of the filing of appellants' brief. *See* TEX. R. APP. P. 38.6(b).

In appellate cause number, 01-22-00392-CV, styled, *Kalibrr, Inc. v. Angkor Capital Limited, GetLinks, Inc. and Keenan Kwok*, it is further **ORDERED** that the District Clerk file with this Court, within 120 days of the date of this order, a clerk's record containing the items specified in Texas Rule of Appellate procedure 34.5(a), and that the Court Reporter file with this Court, within 120 days of the date of this order, the reporter's record. *See* TEX. R. APP. P. 35.1(a).

The Court will notify the parties of the briefing schedule in appellate cause number 01-22-00392CV once the appellate record is complete.

Because this order creates a new appellate cause number and sets new briefing deadlines, we **deny** Angkor, GetLinks, and Kwok's May 25, 2022 motion.[1]

It is so **ORDERED**.


Judge's signature: _____/s/ Sherry Radack_____
        ☑ Acting individually    ☐ Acting for the Court


Date: ___May 26, 2022_____

---

[1] To provide clarity in a timely manner to the parties and the District Clerk, we suspend the operation of Rule 10.3(a). *See* TEX. R. APP. P. 2.